**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.69 |

3/24/15

Sent To: JEFFREY BIGMAN
Street, Apt. No.; or PO Box No.: SMITH BIGMAN BROCK et al  444 SEABREEZE BLVD STE 900
City, State, ZIP+4: DAYTONA BEACH FL 32118

PS Form 3800, August 2006 — See Reverse for Instructions

7014 0150 0001 5410 8863

---

Martinez Denbo, LLC
2935 First Ave. N, 2nd FL
St. Petersburg, FL 33713

Maronda Homes



Jeffrey Bigman, Esquire
Smith, Bigman, Brock, et al
444 Seabreeze Boulevard, Suite 900
Daytona Beach, FL 32118

7014 0150 0001 5410 8863

**CERTIFIED MAIL™**

B75551.04
$6.69 0
US POSTAGE
FIRST-CLASS
062S0006808794
FROM 33713
stamps.com

Serves You Right!  
1869 Wisteria St  
Sarasota, FL 34239  
Phone: (941) 362-3151

# BATCH INVOICE

Invoice #RGT-2015000502  
4/15/2015

Daniel Martinez  
Martinez Denbo, LLC  
2935 1st Ave N.  
St. Petersburg, FL 33713

Reference Number:

Case Number: Orlando Division 6:14-CV-1287 ORL-31-TBS  
Maronda Homes, Inc. Of Florida  
   vs.  
Progressive Express Insurance Company

Invoice covers Papers Served through 4/15/2015.

## ITEMIZED LISTING

| Job | Date Served | Servee | Quantity | Price | Amount | Amount Due |
|---|---|---|---|---|---|---|
| 2015000502 | 4/8/2015 | Chris Wasula, Esq. | | | | $40.00 |
| | Additional Addresses | | 1.00 | 10.00 | 10.00 | |
| | Service Fee (Statewide) | | 1.00 | 30.00 | 30.00 | |
| 2015000503 | 4/10/2015 | Steven Brady, Esq. | | | | $30.00 |
| | Service Fee (Statewide) | | 1.00 | 30.00 | 30.00 | |
| | | TOTAL CHARGED | | | $70.00 | |
| | | TOTAL AMOUNT DUE | | | | $70.00 |

Please enclose a copy of this invoice with your payment.  
Thank you VERY MUCH for your business!

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 177268 | 2/10/2015 | 199948 |
| Job Date | Case No. | |
| 1/20/2015 | 614CV1287GAPTBS | |

| Case Name |
|---|
| Maronda Homes, Inc., of Florida vs. Progressive Express Insurance Company |

| Payment Terms |
|---|
| Net 30 |

Daniel Martinez, Esquire
Martinez Denbo, LLC
2935 First Avenue North
2nd Floor
Saint Petersburg, FL 33713

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Tammy Morgan                                           110.00 Pages     324.50
        Condensed Transcript     20.00
        E-mail transcript     0.00

**TOTAL DUE >>>     $344.50**

Payments may be made online at www.orangelegal.com.

Thank you for your business!

Room rates may be applicable when transcript is deferred; varies by location. Invoices will accrue interest at 1.5% per month on unpaid balances, net 30 days. Invoice cannot be adjusted after 30 days. Payment not contingent on client reimbursement. If turned over to collections, jurisdiction will be Orange County, Florida, and you agree to pay all collection costs and attorney fees.

**Tax ID:** 59-2754282

*Please detach bottom portion and return with payment.*

Daniel Martinez, Esquire
Martinez Denbo, LLC
2935 First Avenue North
2nd Floor
Saint Petersburg, FL 33713

Job No. : 199948     BU ID : Central FL
Case No. : 614CV1287GAPTBS
Case Name : Maronda Homes, Inc., of Florida vs. Progressive Express Insurance Company
Invoice No. : 177268     Invoice Date : 2/10/2015
Total Due : $ 344.50

Remit To: **Orange Legal, Inc.**
          **633 East Colonial Drive**
          **Orlando, FL 32803**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |



**ORANGELEGAL**
SERVICE. SOLUTIONS. SUPPORT.
PH 407.898.4200  TOLL FREE 800.275.7991  F 407.898.4955

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 179351 | 2/23/2015 | 201574 |
| Job Date | Case No. | |
| 2/9/2015 | 614CV1287GAPTBS | |
| Case Name | | |
| Maronda Homes, Inc., of Florida vs. Progressive Express Insurance Company | | |
| Payment Terms | | |
| Net 30 | | |

Daniel Martinez, Esquire
Martinez Denbo, LLC
2935 First Avenue North
2nd Floor
Saint Petersburg, FL  33713

---

ORIGINAL TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Robert Sellers | 138.00 | Pages | 545.10 |
| Appearance Fee | | | 75.00 |
| Appearance Fee - Each additional hour thereafter | 2.50 | Hours | 137.50 |
| Condensed Transcript | | | 20.00 |
| Exhibit Charge - Scan Only | 174.00 | Pages | 43.50 |
| Delivery, Shipping and Handling | | | 20.00 |
| E-mail transcript | | | 0.00 |
| Videographer - Per Diem (2 Hour Minimum) | | | 300.00 |
| Videographer - Each additional hour | 1.50 | Hours | 187.50 |
| **TOTAL DUE  >>>** | | | **$1,328.60** |

Payments may be made online at www.orangelegal.com.

Thank you for your business!

Room rates may be applicable when transcript is deferred; varies by location. Invoices will accrue interest at 1.5% per month on unpaid balances, net 30 days. Invoice cannot be adjusted after 30 days. Payment not contingent on client reimbursement. If turned over to collections, jurisdiction will be Orange County, Florida, and you agree to pay all collection costs and attorney fees.

**Tax ID:** 59-2754282

*Please detach bottom portion and return with payment.*

Daniel Martinez, Esquire
Martinez Denbo, LLC
2935 First Avenue North
2nd Floor
Saint Petersburg, FL  33713

Job No.       : 201574         BU ID     : Central FL
Case No.      : 614CV1287GAPTBS
Case Name     : Maronda Homes, Inc., of Florida vs. Progressive
                Express Insurance Company
Invoice No.   : 179351         Invoice Date : 2/23/2015
**Total Due   : $ 1,328.60**

Remit To: **Orange Legal, Inc.**
          **633 East Colonial Drive**
          **Orlando, FL  32803**

**PAYMENT WITH CREDIT CARD**   AMEX  MC  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



**ORANGELEGAL**
SERVICE. SOLUTIONS. SUPPORT.
407.898.4200   800.275.7991   407.898.4955

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 181098 | 2/27/2015 | 203776 |
| Job Date | Case No. | |
| 2/16/2015 | 614CV1287GAPTBS | |

| Case Name |
|---|
| Maronda Homes, Inc., of Florida vs. Progressive Express Insurance Company |

| Payment Terms |
|---|
| Net 30 |

Jennifer Worden, Esquire
Martinez Denbo, LLC
2935 First Avenue North
2nd Floor
Saint Petersburg, FL 33713

| | | |
|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
|    Tammy Morgan, Volume I. & II. | 243.00 Pages | 716.85 |
|       Condensed Transcript | | 20.00 |
|       Exhibit Charge - Scan Only | 795.00 Pages | 198.75 |
|       Delivery, Shipping and Handling | | 20.00 |
|       E-mail transcript | | 0.00 |
| | **TOTAL DUE >>>** | **$955.60** |

Email only. Delivery due to sending exhibits 2 & 5.

Thank you for your business!

Room rates may be applicable when transcript is deferred; varies by location. Invoices will accrue interest at 1.5% per month on unpaid balances, net 30 days. Invoice cannot be adjusted after 30 days. Payment not contingent on client reimbursement. If turned over to collections, jurisdiction will be Orange County, Florida, and you agree to pay all collection costs and attorney fees.

**Tax ID:** 59-2754282

*Please detach bottom portion and return with payment.*

Jennifer Worden, Esquire
Martinez Denbo, LLC
2935 First Avenue North
2nd Floor
Saint Petersburg, FL 33713

Job No.     : 203776         BU ID       : Central FL
Case No.    : 614CV1287GAPTBS
Case Name   : Maronda Homes, Inc., of Florida vs. Progressive Express Insurance Company
Invoice No. : 181098         Invoice Date : 2/27/2015
Total Due   : $ 955.60

Remit To: **Orange Legal, Inc.**
          **633 East Colonial Drive**
          **Orlando, FL 32803**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



**ORANGELEGAL**
SERVICE. SOLUTIONS. SUPPORT.
PH 407.898.4200  FAX TF 800.275.7991  407.898.4955

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 182324 | 3/13/2015 | 204034 |
| **Job Date** | **Case No.** | |
| 3/3/2015 | 614CV1287GAPTBS | |
| **Case Name** | | |
| Maronda Homes, Inc., of Florida vs. Progressive Express Insurance Company | | |
| **Payment Terms** | | |
| Net 30 | | |

Jennifer Worden, Esquire
Martinez Denbo, LLC
2935 First Avenue North
2nd Floor
Saint Petersburg, FL  33713

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Leslie Moore                                              323.00 Pages          952.85
        Condensed Transcript                                                     20.00
        Exhibit Charge - Scan Only                          51.00 Pages          12.75
        E-mail transcript                                                              0.00

                                                                          **TOTAL DUE >>>**          **$985.60**

Payments may be made online at www.orangelegal.com.

Email only.  Thank you for your business!

Room rates may be applicable when transcript is deferred; varies by location. Invoices will accrue interest at 1.5% per month on unpaid balances, net 30 days. Invoice cannot be adjusted after 30 days. Payment not contingent on client reimbursement. If turned over to collections, jurisdiction will be Orange County, Florida, and you agree to pay all collection costs and attorney fees.

**Tax ID:** 59-2754282

*Please detach bottom portion and return with payment.*

---

Jennifer Worden, Esquire
Martinez Denbo, LLC
2935 First Avenue North
2nd Floor
Saint Petersburg, FL  33713

Job No.      : 204034         BU ID      : Central FL
Case No.     : 614CV1287GAPTBS
Case Name    : Maronda Homes, Inc., of Florida vs. Progressive
                  Express Insurance Company

Invoice No.  : 182324         Invoice Date : 3/13/2015
Total Due    : $ 985.60

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:  **Orange Legal, Inc.**
            **633 East Colonial Drive**
            **Orlando, FL  32803**



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 188925 | 4/13/2015 | 213259 |
| **Job Date** | **Case No.** | |
| 4/1/2015 | 614CV1287GAPTBS | |
| **Case Name** | | |
| Maronda Homes, Inc., of Florida vs. Progressive Express Insurance Company | | |
| **Payment Terms** | | |
| Net 30 | | |

Daniel Martinez, Esquire
Martinez Denbo, LLC
2935 First Avenue North
2nd Floor
Saint Petersburg, FL 33713

| | | |
|---|---|---|
| ORIGINAL TRANSCRIPT OF: | | |
|    Jeffrey Bigman | 215.00 Pages | 849.25 |
|       Appearance Fee | | 75.00 |
|       Appearance Fee - Each additional hour thereafter | 4.00 Hours | 220.00 |
|       Condensed Transcript | | 20.00 |
|       Exhibit Charge - Scan Only | 34.00 Pages | 8.50 |
|       Delivery, Shipping and Handling | | 20.00 |
|       E-mail transcript | | 0.00 |
| | **TOTAL DUE >>>** | **$1,192.75** |

Email only. Delivery fee due to sending original exhibits.

Thank you for your business!

Room rates may be applicable when transcript is deferred; varies by location. Invoices will accrue interest at 1.5% per month on unpaid balances, net 30 days. Invoice cannot be adjusted after 30 days. Payment not contingent on client reimbursement. If turned over to collections, jurisdiction will be Orange County, Florida, and you agree to pay all collection costs and attorney fees.

**Tax ID:** 59-2754282

*Please detach bottom portion and return with payment.*

Daniel Martinez, Esquire
Martinez Denbo, LLC
2935 First Avenue North
2nd Floor
Saint Petersburg, FL 33713

Job No.    : 213259            BU ID    : Central FL
Case No.   : 614CV1287GAPTBS
Case Name  : Maronda Homes, Inc., of Florida vs. Progressive Express Insurance Company

Invoice No. : 188925           Invoice Date : 4/13/2015
**Total Due : $ 1,192.75**

**Remit To:** Orange Legal, Inc.      1-800-275-7991
633 East Colonial Drive
Orlando, FL 32803

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 190069 | 4/22/2015 | 214210 |
| Job Date | Case No. | |
| 4/7/2015 | 614CV1287GAPTBS | |
| Case Name | | |
| Maronda Homes, Inc., of Florida vs. Progressive Express Insurance Company | | |
| Payment Terms | | |
| Net 30 | | |

Jennifer Worden, Esquire
Martinez Denbo, LLC
2935 First Avenue North
2nd Floor
Saint Petersburg, FL 33713

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Louis Lively, Sr.                                     227.00 Pages         669.65
        Condensed Transcript                                           20.00
        Exhibit Charge - Scan Only                     599.00 Pages         149.75
        E-mail transcript                                                         0.00

                                              **TOTAL DUE >>>**         **$839.40**

Email only.

Payments may be made online at www.orangelegal.com.

Thank you for your business!

Room rates may be applicable when transcript is deferred; varies by location. Invoices will accrue interest at 1.5% per month on unpaid balances, net 30 days. Invoice cannot be adjusted after 30 days. Payment not contingent on client reimbursement. If turned over to collections, jurisdiction will be Orange County, Florida, and you agree to pay all collection costs and attorney fees.

**Tax ID:** 59-2754282

*Please detach bottom portion and return with payment.*

Jennifer Worden, Esquire
Martinez Denbo, LLC
2935 First Avenue North
2nd Floor
Saint Petersburg, FL 33713

Job No.   : 214210         BU ID    : Central FL
Case No.   : 614CV1287GAPTBS
Case Name   : Maronda Homes, Inc., of Florida vs. Progressive Express Insurance Company
Invoice No.   : 190069         Invoice Date  : 4/22/2015
**Total Due**   : **$ 839.40**

Remit To: Orange Legal, Inc.     1-800-275-7991
            633 East Colonial Drive
            Orlando, FL 32803

**PAYMENT WITH CREDIT CARD**     AMEX   MasterCard   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 192046 | 4/23/2015 | 213277 |
| Job Date | Case No. | |
| 4/15/2015 | 614CV1287GAPTBS | |
| Case Name | | |
| Maronda Homes, Inc., of Florida vs. Progressive Express Insurance Company | | |
| Payment Terms | | |
| Net 30 | | |

Daniel Martinez, Esquire
Martinez Denbo, LLC
2935 First Avenue North
2nd Floor
Saint Petersburg, FL 33713

| | | |
|---|---|---|
| ORIGINAL TRANSCRIPT OF: | | |
|   B. Todd Parnell | 260.00 Pages | 1,027.00 |
|     Appearance Fee | | 75.00 |
|     Appearance Fee - Each additional hour thereafter | 5.50 Hours | 302.50 |
|     ASCII, Condensed | | 35.00 |
|     Exhibit Charge - Scan Only | 116.00 Pages | 29.00 |
|     Delivery, Shipping and Handling | | 20.00 |
|     Room Charge - Per Hour | 6.50 Hours | 0.00 |
|     E-mail transcript | | 0.00 |
|     Unedited ASCII - Per Page | 227.00 | 340.50 |
| | **TOTAL DUE >>>** | **$1,829.00** |

Email only. Original exhibits returned to your office. Charges apply.

Payments may be made online at www.orangelegal.com.

Thank you for your business!

Room rates may be applicable when transcript is deferred; varies by location. Invoices will accrue interest at 1.5% per month on unpaid balances, net 30 days. Invoice cannot be adjusted after 30 days. Payment not contingent on client reimbursement. If turned over to collections, jurisdiction will be Orange County, Florida, and you agree to pay all collection costs and attorney fees.

**Tax ID:** 59-2754282

*Please detach bottom portion and return with payment.*

Daniel Martinez, Esquire
Martinez Denbo, LLC
2935 First Avenue North
2nd Floor
Saint Petersburg, FL 33713

Job No.     : 213277        BU ID     : Central FL
Case No.    : 614CV1287GAPTBS
Case Name   : Maronda Homes, Inc., of Florida vs. Progressive Express Insurance Company
Invoice No. : 192046        Invoice Date : 4/23/2015
Total Due   : $ 1,829.00

Remit To: Orange Legal, Inc.        1-800-275-7991
          633 East Colonial Drive
          Orlando, FL 32803

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____    Phone#: _____
Billing Address: _____
Zip: _____    Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 188919 | 4/23/2015 | 214173 |
| Job Date | Case No. | |
| 4/9/2015 | 614CV1287GAPTBS | |

**Case Name**

Maronda Homes, Inc., of Florida vs. Progressive Express Insurance Company

**Payment Terms**

Net 30

Jennifer Worden, Esquire
Martinez Denbo, LLC
2935 First Avenue North
2nd Floor
Saint Petersburg, FL  33713

| | | |
|---|---:|---:|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| Shari Statler | 369.00  Pages | 1,088.55 |
| Condensed Transcript | | 20.00 |
| Exhibit Charge - Scan Only | 305.00  Pages | 76.25 |
| Unedited ASCII - Per Page | 327.00 | 490.50 |
| E-mail transcript | | 0.00 |
| **TOTAL DUE >>>** | | **$1,675.30** |

Email Only.

Payments may be made online at www.orangelegal.com.

Thank you for your business!

Room rates may be applicable when transcript is deferred; varies by location. Invoices will accrue interest at 1.5% per month on unpaid balances, net 30 days. Invoice cannot be adjusted after 30 days.  Payment not contingent on client reimbursement. If turned over to collections, jurisdiction will be Orange County, Florida, and you agree to pay all collection costs and attorney fees.

**Tax ID:** 59-2754282

*Please detach bottom portion and return with payment.*

Jennifer Worden, Esquire
Martinez Denbo, LLC
2935 First Avenue North
2nd Floor
Saint Petersburg, FL  33713

Job No.       : 214173          BU ID        : Central FL
Case No.    : 614CV1287GAPTBS
Case Name : Maronda Homes, Inc., of Florida vs. Progressive Express Insurance Company

Invoice No. : 188919          Invoice Date  : 4/23/2015
**Total Due** : **$ 1,675.30**

Remit To: Orange Legal, Inc.        1-800-275-7991
         633 East Colonial Drive
         Orlando, FL  32803

**PAYMENT WITH CREDIT CARD**   AMEX  MC  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 191646 | 4/24/2015 | 214170 |
| Job Date | Case No. | |
| 4/8/2015 | 614CV1287GAPTBS | |
| Case Name | | |
| Maronda Homes, Inc., of Florida vs. Progressive Express Insurance Company | | |
| Payment Terms | | |
| Net 30 | | |

Jennifer Worden, Esquire
Martinez Denbo, LLC
2935 First Avenue North
2nd Floor
Saint Petersburg, FL 33713

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Linda Urichko                            209.00 Pages     616.55
      Condensed Transcript                                       20.00
      Exhibit Charge - Scan Only             98.00 Pages      24.50
      E-mail transcript                                              0.00

**TOTAL DUE >>>**     **$661.05**

Email Only.

Payments may be made online at www.orangelegal.com.

Thank you for your business!

Room rates may be applicable when transcript is deferred; varies by location. Invoices will accrue interest at 1.5% per month on unpaid balances, net 30 days. Invoice cannot be adjusted after 30 days. Payment not contingent on client reimbursement. If turned over to collections, jurisdiction will be Orange County, Florida, and you agree to pay all collection costs and attorney fees.

**Tax ID:** 59-2754282

*Please detach bottom portion and return with payment.*

Jennifer Worden, Esquire
Martinez Denbo, LLC
2935 First Avenue North
2nd Floor
Saint Petersburg, FL 33713

Job No.   : 214170        BU ID     : West FL
Case No.  : 614CV1287GAPTBS
Case Name : Maronda Homes, Inc., of Florida vs. Progressive
                Express Insurance Company

Invoice No. : 191646       Invoice Date : 4/24/2015
**Total Due : $ 661.05**

**Remit To:** Orange Legal, Inc.       1-800-275-7991
            633 East Colonial Drive
            Orlando, FL 32803

**PAYMENT WITH CREDIT CARD**     AMEX   MasterCard   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 191643 | 4/27/2015 | 213278 |
| Job Date | Case No. | |
| 4/13/2015 | 614CV1287GAPTBS | |
| Case Name | | |
| Maronda Homes, Inc., of Florida vs. Progressive Express Insurance Company | | |
| Payment Terms | | |
| Net 30 | | |

Daniel Martinez, Esquire
Martinez Denbo, LLC
2935 First Avenue North
2nd Floor
Saint Petersburg, FL 33713

| ORIGINAL TRANSCRIPT OF: | | | |
|---|---|---|---|
| Steven Brady | 147.00 | Pages | 580.65 |
| Appearance Fee | | | 75.00 |
| Appearance Fee - Each additional hour thereafter | 4.50 | Hours | 247.50 |
| Condensed Transcript | | | 20.00 |
| Exhibit Charge - Scan Only | 114.00 | Pages | 28.50 |
| Room Charge - Per Hour | 5.50 | Hours | 0.00 |
| Delivery, Shipping and Handling | | | 20.00 |
| E-mail transcript | | | 0.00 |
| | | TOTAL DUE >>> | $971.65 |

Email Only.
Original Exibits sent to your office. Delivery charges apply.

Payments may be made online at www.orangelegal.com.

Thank you for your business!

Room rates may be applicable when transcript is deferred; varies by location. Invoices will accrue interest at 1.5% per month on unpaid balances, net 30 days. Invoice cannot be adjusted after 30 days. Payment not contingent on client reimbursement. If turned over to collections, jurisdiction will be Orange County, Florida, and you agree to pay all collection costs and attorney fees.

**Tax ID:** 59-2754282

*Please detach bottom portion and return with payment.*

Daniel Martinez, Esquire
Martinez Denbo, LLC
2935 First Avenue North
2nd Floor
Saint Petersburg, FL 33713

Job No. : 213278    BU ID : Central FL
Case No. : 614CV1287GAPTBS
Case Name : Maronda Homes, Inc., of Florida vs. Progressive Express Insurance Company
Invoice No. : 191643    Invoice Date : 4/27/2015
Total Due : $ 971.65

Remit To: **Orange Legal, Inc.**    1-800-275-7991
**633 East Colonial Drive**
**Orlando, FL 32803**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:             Phone#:
Billing Address:
Zip:             Card Security Code:
Amount to Charge:
Cardholder's Signature:



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 193300 | 5/4/2015 | 217198 |
| Job Date | Case No. | |
| 4/22/2015 | 614CV1287GAPTBS | |
| Case Name | | |
| Maronda Homes, Inc., of Florida vs. Progressive Express Insurance Company | | |
| Payment Terms | | |
| Net 30 | | |

Jennifer Worden, Esquire
Martinez Denbo, LLC
2935 First Avenue North
2nd Floor
Saint Petersburg, FL  33713

1 CERTIFIED COPY OF TRANSCRIPT OF:

|  |  |  |
|---|---|---|
| R. David de Armas | 250.00  Pages | 737.50 |
| Condensed Transcript |  | 20.00 |
| Exhibit Charge - Scan Only | 61.00  Pages | 15.25 |
| E-mail transcript |  | 0.00 |
|  | **TOTAL DUE  >>>** | **$772.75** |

Email only.

Payments may be made online at www.orangelegal.com.

Thank you for your business!

Room rates may be applicable when transcript is deferred; varies by location. Invoices will accrue interest at 1.5% per month on unpaid balances, net 30 days. Invoice cannot be adjusted after 30 days.  Payment not contingent on client reimbursement. If turned over to collections, jurisdiction will be Orange County, Florida, and you agree to pay all collection costs and attorney fees.

**Tax ID:** 59-2754282

*Please detach bottom portion and return with payment.*

Jennifer Worden, Esquire
Martinez Denbo, LLC
2935 First Avenue North
2nd Floor
Saint Petersburg, FL  33713

Job No.     : 217198           BU ID        : Central FL
Case No.    : 614CV1287GAPTBS
Case Name   : Maronda Homes, Inc., of Florida vs. Progressive Express Insurance Company
Invoice No. : 193300           Invoice Date : 5/4/2015
**Total Due  : $ 772.75**

Remit To: **Orange Legal, Inc.**       1-800-275-7991
          **633 East Colonial Drive**
          **Orlando, FL  32803**

**PAYMENT WITH CREDIT CARD**     AMEX  [  ]  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404  Fax:305-358-3711

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1207840 | 5/14/2015 | 1266364 |
| Job Date | Case No. | |
| 5/7/2015 | 614CV1287ORL31TBS | |

| Case Name |
|---|
| Maronda Homes, Inc. of Florida vs. Progressive Express Insurance Company |
| **Payment Terms** |
| Due upon receipt |

Jennifer Worden, Esquire
Martinez Denbo, L.L.C.
2935 First Avenue North
Second Floor
Saint Petersburg FL 33713

ORIGINAL TRANSCRIPT OF:
  Jeffrey Gagat                                              122.00 Pages    @    4.45      542.90
    2-Day Expedited Transcript                                                             489.22
    Attendance - First Hour                                                      95.00      95.00
    Additional Hour(s)                                         2.00            @ 65.00     130.00
    Processing/Archival/Electronic Delivery                                      45.00      45.00
  Jeffrey Gagat
    Exhibits - Black & White - Electronic Delivery            42.00            @  0.50      21.00

                                                              TOTAL DUE >>>             $1,323.12
                                                              AFTER 6/28/2015 PAY       $1,455.43

Reference No.   : 5385
PM / 12:00-3:00
Location:  Pittsburgh, PA

                                                              (-) Payments/Credits:         0.00
                                                              (+) Finance Charges/Debits:   0.00
                                                              (=) New Balance:          1,323.12

Invoices not paid by due date will be subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238                                         Phone: 727-894-3535    Fax:727-502-9621

*Please detach bottom portion and return with payment.*

Jennifer Worden, Esquire
Martinez Denbo, L.L.C.
2935 First Avenue North
Second Floor
Saint Petersburg FL 33713

Job No.      : 1266364         BU ID        : 61-OUTTOWN
Case No.     : 614CV1287ORL31TBS
Case Name    : Maronda Homes, Inc. of Florida vs. Progressive
               Express Insurance Company

Invoice No.  : 1207840         Invoice Date : 5/14/2015
**Total Due** : $ 1,323.12

Remit To: **U.S. Legal Support, Inc.**
          **P.O. Box 4772-12**
          **Houston TX  77210-4772**

**PAYMENT WITH CREDIT CARD**    AMEX  [MC]  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:           Card Security Code:
Amount to Charge:
Cardholder's Signature:



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 194105 | 5/21/2015 | 216403 |
| Job Date | Case No. | |
| 4/22/2015 | 614CV1287GAPTBS | |

| Case Name |
|---|
| Maronda Homes, Inc., of Florida vs. Progressive Express Insurance Company |

| Payment Terms |
|---|
| Net 30 |

Jennifer Worden, Esquire
Martinez Denbo, LLC
2935 First Avenue North
2nd Floor
Saint Petersburg, FL 33713

ORIGINAL TRANSCRIPT OF:

| | | |
|---|---|---|
| Chris Hill, Backorder | 58.00 Pages | 229.10 |
|    Condensed Transcript | | 20.00 |
|    Exhibit Charge - Scan Only | 34.00 Pages | 8.50 |
|    Delivery, Process and Archive | | 40.00 |
|    E-mail transcript | | 0.00 |
| **TOTAL DUE >>>** | | **$297.60** |

Payments may be made online at www.orangelegal.com.

Thank you for your business!

Room rates may be applicable when transcript is deferred; varies by location. Invoices will accrue interest at 1.5% per month on unpaid balances, net 30 days. Invoice cannot be adjusted after 30 days. Payment not contingent on client reimbursement. If turned over to collections, jurisdiction will be Orange County, Florida, and you agree to pay all collection costs and attorney fees.

Tax ID: 59-2754282

*Please detach bottom portion and return with payment.*

Jennifer Worden, Esquire
Martinez Denbo, LLC
2935 First Avenue North
2nd Floor
Saint Petersburg, FL 33713

Job No.     : 216403          BU ID      : Central FL
Case No.    : 614CV1287GAPTBS
Case Name   : Maronda Homes, Inc., of Florida vs. Progressive
              Express Insurance Company
Invoice No. : 194105          Invoice Date : 5/21/2015
Total Due   : $297.60

Remit To:   Orange Legal, Inc.     1-800-275-7991
            633 East Colonial Drive
            Orlando, FL 32803

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                  Phone#:
Billing Address:
Zip:           Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404  Fax:305-358-3711

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1213043 | 5/31/2015 | 1266365 |
| Job Date | Case No. | |
| 5/7/2015 | 614CV1287ORL31TBS | |

| Case Name |
|---|
| Maronda Homes, Inc. of Florida vs. Progressive Express Insurance Company |
| **Payment Terms** |
| Due upon receipt |

Jennifer Worden, Esquire
Martinez Denbo, L.L.C.
2935 First Avenue North
Second Floor
Saint Petersburg FL  33713

---

Videotaped Deposition Of:
  Jeffrey Gagat
    1. Videography Services          3.00 Hours  @  223.00   669.00
       Media Archival                2.00 Tapes  @   20.00    40.00
       Video Format Conversion       2.50 Hours  @   35.00    87.50
       Processing/Delivery - Video Media           25.00      25.00

                                     TOTAL DUE >>>           $821.50
                                     AFTER 7/15/2015 PAY     $903.65

Reference No.  : 5270

                                     (-) Payments/Credits:     0.00
                                     (+) Finance Charges/Debits: 0.00
                                     (=) New Balance:         821.50

Invoices not paid by due date will be subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238                              Phone: 727-894-3535   Fax:727-502-9621

*Please detach bottom portion and return with payment.*

---

Jennifer Worden, Esquire
Martinez Denbo, L.L.C.
2935 First Avenue North
Second Floor
Saint Petersburg FL  33713

Job No.     : 1266365        BU ID    : 61-OUTTOWN
Case No.    : 614CV1287ORL31TBS
Case Name   : Maronda Homes, Inc. of Florida vs. Progressive
              Express Insurance Company
Invoice No. : 1213043        Invoice Date : 5/31/2015
**Total Due** : $ 821.50

Remit To: **U.S. Legal Support, Inc.**
          **P.O. Box 4772-12**
          **Houston TX  77210-4772**

**PAYMENT WITH CREDIT CARD**    AMEX  [MC]  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: __
Amount to Charge: _____
Cardholder's Signature: _____