# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARONDA HOMES, INC. OF FLORIDA,**

       **Plaintiff,**

**v.**                               **Case No: 6:14-cv-1287-Orl-31TBS**

**PROGRESSIVE EXPRESS INSURANCE COMPANY,**

       **Defendant.**

## ORDER

This cause comes before the Court on Motion to Review Bill of Costs (Doc. No. 119) filed September 4, 2015. On October 8, 2015, the United States Magistrate Judge issued a report (Doc. No. 129) recommending that the motion be granted in part and denied in part. No objections have been filed. Therefore, it is

    **ORDERED** as follows:

    1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order;

    2.    The Motion to Review Bill of Costs is **GRANTED IN PART AND DENIED IN PART** in that $3,127.85 of the requested costs are disallowed; and

    3.    The Clerk is directed to enter a cost judgment in favor of the Defendant and against the Plaintiff in the amount of $12,573.53, and thereafter to close this file.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on October 26, 2015.



**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

- 2 -

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party